IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOMMY CAMPBELL,

      Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5793

Opinion filed July 22, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Tommy Campbell, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; Christopher P. Arnold and Daniel A. Johnson,
Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.